# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL L. COOK,**

    **Petitioner,**

    v.

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

    **Respondent.**

**CASE NO. 2:20-CV-3639**
**JUDGE SARAH D. MORRISON**
**Magistrate Judge Kimberly A. Jolson**

## OPINION AND ORDER

On July 24, 2020, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 3.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 3) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** for the reasons stated in the Report and Recommendation.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON**
                                      **UNITED STATES DISTRICT JUDGE**